IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. WAYNE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SARPY COUNTY JAIL, Accounting Dept.; SARPY COUNTY JAIL-COMMISSARY VENDOR, SARPY COUNTY JAIL-INMATE TABLET PROVIDER, DOUGLAS COUNTY DEPT. OF CORRECTIONS, Accounting Dept.; KEEFE COMMISSARY NETWORK, SMART COMMUNICATIONS, Inmate Tablet Provider; SARPY COUNTY, NEBRASKA, CITY OF BELLEVUE, NEBRASKA, DOUGLAS COUNTY, NEBRASKA, and CITY OF OMAHA, NEBRASKA,<br><br>　　　　　Defendants. | **8:24CV379**<br><br>**ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　SO ORDERED.

　　Dated this 27th day of September, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge