IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES L. WAYNE,

          Plaintiff,

    vs.

DOUGLAS COUNTY DEPT. OF CORRECTIONS, Accounting Dept.; KEEFE COMMISSARY NETWORK, SMART COMMUNICATIONS, Inmate Tablet Provider; RYAN MEHR, Director et al Sarpy County Jail; MICHAEL MYERS, Director et al Douglas County Dept. of Corrections; CORRECTIONAL OFFICERS, JOHN DOE(S), and JANE DOE(S),

          Defendants.

**8:24CV379**


**MEMORANDUM AND ORDER**

On April 20, 2026, the Court entered an order, Filing No. 29, which granted Plaintiff leave to proceed on appeal in forma pauperis ("IFP") and directed him to pay within 30 days an initial partial appellate filing fee of $0.53, based upon an average monthly account balance of $2.67. On May 18, 2026, Plaintiff submitted a letter to the Court indicating he lacks sufficient funds to pay his initial partial appellate filing fee. Filing No. 32. Plaintiff states he is unable to obtain a copy of his inmate account statement but he attached a copy of a daily transaction summary dated April 1 to April 21, 2026, which shows his account balance as $0.14. *Id*. at 3. Construing Plaintiff's letter as a motion for relief from paying the initial partial appellate filing fee, the Court will grant the motion as set forth below.

The Prison Litigation Reform Act ("PLRA") "makes prisoners responsible for their filing fees the moment the prisoner brings a civil action or files an appeal." *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951, 952 (D. Neb. 2001) (citing *In re Tyler*, 110 F.3d 528, 529–30 (8th Cir. 1997)). The $605.00 appellate filing fee is assessed when the district court receives the prisoner's notice of appeal. *Henderson v. Norris*, 129 F.3d 481, 485 (8th Cir. 1997). The method for collecting the filing fee from a prisoner is specifically provided for in 28 U.S.C. § 1915(b). Section 1915(b) is written in mandatory terms ("the prisoner shall be required to pay"), leaving no discretion to the district court to waive an in forma pauperis prisoner's filing fee.

Although the Court cannot waive the $605.00 filing fee, the PLRA provides that "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4). Given Plaintiff's representations about his available funds and his available account information, *see* Filing No. 32, the Court finds Plaintiff is unable to pay the full amount of his initial partial filing fee and will direct officials at Plaintiff's institution to collect and pay "the whole of the . . . filing fees . . . by the installment method contained in § 1915(b)(2)." *Henderson*, 129 F.3d at 484.

As the Court specifically informed Plaintiff when judgment was entered in this matter, "[b]y filing a notice of appeal, Plaintiff will be consenting to the deduction of the $605.00 filing fee from his prison account by prison officials." Filing No. 24. Thus, the Court will direct prison officials to pay Plaintiff's appellate filing fees as set forth below. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *disapproved of on other*

*grounds by Newlin v. Helman,* 123 F.3d 429 (7th Cir. 1997) ("As the Prison Litigation Act makes prisoners responsible for their filing fees the moment the civil action or appeal is filed, *see In re Tyler,* 110 F.3d at 529–30, we conclude that by filing the complaint or notice of appeal, the prisoner waives any objection to the fee assessment by the district court. Furthermore, the prisoner waives any objection to the withdrawal of funds from the trust account by prison officials to pay the prisoner's court fees and costs. A prisoner has a duty to cooperate during the litigation.").

IT IS THEREFORE ORDERED that:

1.      Plaintiff's letter, construed as a motion, Filing No. 32, is granted to the extent that the appellate filing fee shall be collected and remitted, as funds exist, in the manner set forth in 28 U.S.C. § 1915(b)(2). Until the full filing fee of $605.00 is paid, the prisoner shall be obligated to pay, and the agency having custody of the prisoner shall forward to the Clerk of the Court, 20 percent of the preceding month's income in such months as the account exceeds $10.00.

2.      The Clerk of the Court shall serve a copy of this order on the appropriate financial officer for Plaintiff's current institution.

Dated this 18th day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge